# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**MICHAEL ROBERTSON**                                        **PLAINTIFF**
*ADC #136346*


**v.**                          **No: 4:26-cv-00311-JM-PSH**


**ADAM CLARK, *et al.***                                   **DEFENDANTS**


## PROPOSED FINDINGS AND RECOMMENDATION

## INSTRUCTIONS

The following Recommendation has been sent to United States District Judge James M. Moody, Jr. You may file written objections to all or part of this Recommendation.  If you do so, those objections must: (1) specifically explain the factual and/or legal basis for your objection, and (2) be received by the Clerk of this Court within fourteen (14) days of this Recommendation.  By not objecting, you may waive the right to appeal questions of fact.

## DISPOSITION

On March 30, 2026, plaintiff Michael Robertson, an inmate at the Arkansas Division of Correction's Varner Unit, filed a *pro se* complaint pursuant to 42 U.S.C. § 1983 (Doc. No. 1).  At the court's direction, he filed an *in forma pauperis* ("IFP") application (Doc. No. 3).

Robertson is a "three-striker" under the three-strikes provision of the Prison Litigation Reform Act.  On April 21, 2026, the Court screened Robertson's complaint and concluded that he did not allege he was in imminent danger of serious physical injury at the time he filed his complaint.  Doc. No. 4.  The Court therefore denied Robertson's application to proceed IFP and gave him 30 days to pay the $405 filing and administrative fees to proceed with this case.  *Id.*  He was warned that if he did not do so, his case would be recommended for dismissal, without prejudice. *Id.*  Robertson has not paid the $405 filing and administrative fees and the time for doing so has passed.  *Id.*

IT IS THEREFORE RECOMMENDED that this case be DISMISSED without prejudice and that the Court certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from the order adopting this recommendation would not be taken in good faith.

DATED this 17th day of June, 2026.

_____
UNITED STATES MAGISTRATE JUDGE