**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**MICHAEL ROBERTSON**                                               **PLAINTIFF**
*ADC #136346*

**v.**                          **No: 4:26-cv-00311-JM-PSH**


**ADAM CLARK,** *et al.*                                          **DEFENDANTS**


## ORDER

I have reviewed the Proposed Findings and Recommendation submitted by United States Magistrate Judge Patricia S. Harris (Doc. No. 5) and the objections filed (Doc. No. 6).  After carefully considering the objections and making a *de novo* review of the record in this case, I approve and adopt the Proposed Findings and Recommendation in all respects. While Robertson's complaint describes physical injury he suffered in the past, it does not allege any facts to support his general allegation that his is in imminent danger as of the filing of his lawsuit

For the reasons stated herein, it is ordered that:

1.      Robertson's case is dismissed without prejudice.

2.      The Court recommends for future jurists that dismissal of this action count as a "strike" within the meaning of 28 U.S.C. § 1915(g).

3.      The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from the order adopting this recommendation would not be taken in good faith.

IT IS SO ORDERED this 9th day of July, 2026.


_____
UNITED STATES DISTRICT JUDGE